**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7458**

———————

ROBERT D. BROOKS,

            Plaintiff - Appellant

v.

WANTONTA GOLDEN, Correctional Officer; WADE
BYRD, Lieutenant; CHARLES WILLIAMS, Sergeant;
JONATHAN BENNETT, Sergeant; JONATHAN RANDELL,
Captain; FLORENCE MAUNEY, Captain; RICHARD
BAZZEL, Warden; MICHAEL FOWLER, Grievance
Clerk; R. L. TURNER, Disciplinary Hearing
Officer sued in their individual capacity
respectively,

            Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Margaret B. Seymour, District
Judge.  (6:06-cv-01234)

———————

Submitted:  February 28, 2008          Decided: March 6, 2008

———————

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert D. Brooks, Appellant Pro Se. Steven Michael Pruitt,
MCDONALD, PATRICK TINSLEY, BAGGETT & POSTON, Greenwood, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert D. Brooks appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brooks v. Golden, No. 6:06-cv-01234 (D.S.C. Sept. 11, 2007). We deny Brooks' motions for appointment of counsel and to file an amended complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED